**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **WILLIAM GRAHAM AND** | § | |
| **LISA L. GRAHAM,** | § | |
| | § | |
| **Plaintiffs/Counter-Defendants,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 1:17-cv-292-LY** |
| | § | |
| **CHRISTIANA TRUST, A DIVISION OF** | § | |
| **WILMINGTON SAVINGS FUNDS** | § | |
| **SOCIETY, FSB, AS TRUSTEE OF ARLP** | § | |
| **TRUST 5;** | § | |
| | § | |
| **Defendant/Counter-Plaintiff,** | § | |
| | § | |
| **FAY SERVICING, LLC; AND MACKIE,** | § | |
| **WOLF & ZIENTZ, P.C,** | § | |
| | § | |
| **Defendants.** | § | |

**ORIGINAL COUNTERCLAIM**

Defendant/Counter-Plaintiff Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 5 ("Christiana") files this its *Original Counterclaim* against Plaintiffs/Counter-Defendants William Graham and Lisa L. Graham ("Grahams"), and respectfully shows as follows:

**I.      COUNTERCLAIM**

**A.      Background**

1.      The Grahams filed this action on February 6, 2017, in the 201st Judicial District Court of Travis County, Texas, as cause no. D-1-GN-17-000494 (ECF Docket No. 1 at Exhibit B-1.)  The allegations in *Plaintiffs' Original Petition and Request for Disclosure* ("Petition") relate to foreclosure proceedings of a loan secured by real property located at 11013 Sierra Verde Trail, Austin, Texas 78759 ("Property"). (*Id.*)

2.      Defendants Christiana and Fay Servicing, LLC properly removed the State Court Action to this Court on April 5, 2017. (ECF Doc. No. 1.)

**B.      Parties and Jurisdiction**

3.      Christiana is a Defendant and Counter-Plaintiff in this cause.

4.      William Graham and Lisa L. Graham have previously appeared in this cause and may be served through their counsel of record.

5.      There is diversity jurisdiction in this Court because there is complete diversity of citizenship between Counter-Plaintiff and Counter-Defendants, and more than $75,000.00 is in controversy in this cause, exclusive of interest and costs, as further detailed in the Notice of Removal.  28 U.S.C. § 1332; ECF Docket No. 1.

**C.      Summary of Facts**

6.      On or about November 8, 2007, the Grahams executed a Promissory Note ("Note") for $250,000.00 payable to Bank of America, N.A. as lender on a loan secured by the Property.  A true and correct copy of the Note is attached hereto as Exhibit A.

7.      Concurrently with execution of the Note, the Grahams executed a Homestead Lien Contract and Deed of Trust ("Security Instrument" and together with the Note, the "Loan Agreement") that is recorded as document number 2007214642 in the official public records of Travis County, Texas.  A true and correct copy of the Security Instrument is attached hereto as Exhibit B.  Christiana is the current legal owner and holder of the Note, endorsed in blank, and mortgagee of the Security Instrument pursuant to an assignment recorded as document number 2014192568 in the official public records of Travis County, Texas.  A true and correct copy of the assignment is attached hereto as Exhibit C.

8.      Under the terms of the Note and Security Instrument, the Grahams were required to pay when due the principal and interest on the debt evidenced by the Note, as well as any applicable charges and fees due under the Note.

9.      The Loan Agreement further provides that should the Grahams fail to make payments on the Note as they became due and payable, or fail to comply with certain covenants and conditions of the Security Instrument, then the lender may enforce the Security Instrument selling the Property pursuant to applicable law and in accordance with the provisions set out in the Loan Agreement.

10.     The Grahams have failed to make their payments under the terms of the Loan Agreement.  The loan is due and owing for the February 28, 2011 monthly payment and all subsequent payments.  On September 21, 2013, Christiana's mortgage servicer, Ocwen Loan Servicing, LLC, mailed a notice of default and intent to accelerate to the Grahams by certified mail to their last known mailing address at that time.  A true and correct copy of this notice is attached hereto as Exhibit D.  The Grahams did not cure the default and on July 12, 2016, Christiana, through foreclosure counsel, mailed a notice of acceleration of loan maturity to the Grahams by certified mail to their last known mailing address at that time.  A true and correct copy of this notice is attached hereto as Exhibit E.

11.     On September 2, 2016, Christiana filed an application to foreclose under Texas Rule of Civil Procedure 736 as cause number D-1-GN-16-004227 in 419th Judicial District Court of Travis County, Texas ("Prior Suit").  As of July 29, 2016, the total amount due on the debt was $390,301.63.  On December 1, 2016, Christiana obtained an order allowing foreclosure in the Prior Suit.

12.    To prevent a foreclosure sale scheduled for February 7, 2017 the Grahams filed this suit. The Grahams also moved the state district court to vacate the foreclosure order, and on February 6, 2017 the foreclosure order was vacated. Christiana now files this counterclaim seeking the necessary order allowing it to proceed with foreclosure.

### D.    Cause of Action—Judicial Foreclosure

13.    The foregoing paragraphs are incorporated by reference for all purposes.

14.    Christiana asserts a cause of action for judicial foreclosure against the Grahams. Christiana, as the current legal owner and holder of the Note and the mortgagee of record, has the right to enforce the Note and Security Instrument. Christiana has fully performed its obligations under the Loan Agreement; however, the Grahams did not comply with the Loan Agreement by failing to substantially perform material obligations required under its terms (principally, the payment of amounts due under the contract, among others).

15.    Christiana seeks a judgment allowing it to foreclose on the Property in accordance with the Security Instrument and Texas Property Code section 51.002, or alternatively, a judgment for judicial foreclosure.

16.    Christiana has been forced to hire the undersigned attorneys to seek an order allowing foreclosure as a result of the Graham's failure to comply with the Loan Agreement. Christiana is therefore entitled to and seeks judgment against the Grahams for its reasonable attorneys' fees in this action, both through trial and in the event of a subsequent appeal, as provided by the Security Instrument signed by the Grahams. Christiana seeks an award of attorneys' fees as a further obligation on the Note and not as a money judgment against the Grahams personally.

17.    All conditions precedent to Christiana's right to enforce the Note and Security Instrument and to obtain the relief requested herein have been performed or have occurred.

## PRAYER

For these reasons, Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 5 requests that plaintiffs/counter-defendants William Graham and Lisa L. Graham be summoned to appear and answer herein and that, upon final hearing, it have and recover a judgment against them allowing it to proceed with foreclosure in accordance with the Security Instrument and Texas Property Code section 51.002, or alternatively, judicial foreclosure, plus its interest and attorneys' fees and all costs of suit.  It further requests such other and further relief to which it may be entitled.

Respectfully submitted,

By: */s/ Dustin C. George*
   **MARK D. CRONENWETT**
   Texas Bar No. 00787303
   mcronenwett@mwzmlaw.com

   **DUSTIN C. GEORGE**
   Texas Bar No. 24065287
   dgeorge@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, PC**
14160 North Dallas Parkway, Ste. 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

*Attorneys for Defendant/Counter-Plaintiff Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 5*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of May, 2017, a true and correct copy of the foregoing was served via ECF service on the following counsel:

William B. Gammon
1201 Spyglass Drive, Ste. 100
Austin, Texas 78746
*Attorney for Plaintiffs/Counter-Defendants*

                       */s/ Dustin C. George*
                       **DUSTIN C. GEORGE**