IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM GRAHAM AND LISA L. GRAHAM, <br> PLAINTIFFS, <br><br> V. <br><br> CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUNDS SOCIETY, FSB, AS TRUSTEE OF ARLP TRUST 5; FAY SERVICING, LLC; AND MACKIE, WOLF & ZIENTZ, P.C, <br> DEFENDANTS. | § § § § § § § § § § § § § | CAUSE NO. 1:17-CV-292-LY |

## FINAL JUDGMENT

Before the court is the above-entitled cause. On this same date, the court rendered a separate order by which the court accepted and adopted the Report and Recommendation of the United States Magistrate Judge (Clerk's Doc. No. 5) and dismissed this cause. Accordingly,

**IT IS ORDERED** that this case is **CLOSED**.

SIGNED this 29th day of August, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE