# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM GRAHAM AND | § | |
| LISA L. GRAHAM, | § | |
|     Plaintiffs/Counter-Defendants, | § | |
| | § | |
| v. | § | CASE NO: 1:17-cv-292-LY |
| | § | |
| U.S. BANK NATIONAL | § | |
| ASSOCIATION AS LEGAL TITLE | § | |
| TRUSTEE FOR TRUMAN 2016 SC6 | § | |
| TITLE TRUST; FAY SERVICING, | § | |
| LLC; AND MACKIE, MOWLF & | § | |
| ZIENTZ, P.C., | § | |
|     Defendants. | § | |

## ATTORNEY FEE AFFIDAVIT

Before me, the undersigned authority, personally appeared Affiant, who, being by me duly sworn, deposed as follows:

"My name is Crystal G. Roach ("Affiant"), I am of sound mind, am competent to make this Affidavit, and have personal knowledge of the facts herein stated, which are true and correct:

"I am a licensed attorney practicing in Texas. I handle cases in Travis County and counties throughout Texas. I am familiar with reasonable attorney's fees for cases wrongful foreclosure and suits of this nature and a reasonable attorney fee in this matter would be $1912.50 for prosecution of this matter to Judgment. This amount is both reasonable in nature and necessary as a result of the litigation. This number represents actual attorneys' fees at the billable hour rate of $225.00 per hour, which were incurred by Defendant Plaintiff U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("Defendant") through the course of this litigation. Defendant incurred these fees in all or in part by the following acts taken by its attorneys:

Draft Motion to Substitute Counsel and coordinate approval with former law firm and obtain order substituting counsel .80
Review litigation files and court dockets as well as pleadings to determine claims and status of case 1.0
Review of court's order denying motion to remand and order granting motion to dismiss .40
Draft Motion to Substitute Defendant and Motion for Summary Judgment on Counterclaim; draft client affidavit in support of same 4.20

Review of Order Substituting Party .10

**AFFIDAVIT**      Page 1
BDFTE NO. 00000006969729/ Graham

Defendant's counsel spent 6.5 hours at $225.00 per hour on this case totaling $1462.50. Counsel will spend an additional 2 hours to finalize case to judgment. Accordingly, Plaintiff is asking for an additional $450.00 in fees which totals $1912.50.

Defendant also requests an additional $8,500.00 upon appeal of the judgment to the Court of Appeals and $15,000.00 for appeal to the Supreme Court, to be awarded if Defendant prevails on appeal."

Further Affiant sayeth not.

_____
Crystal Roach

Sworn to and subscribed before me on the 6th day of December, 2017.

_____
Notary Public, State of Texas

SUSAN LUCERO
ID # 823700
Notary Public, State of Texas
My Commission Expires
09/19/2021